**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-2275**

————————

CYNTHIA LEE WHITAKER,

Plaintiff - Appellant,

versus

TITMUS OPTICAL INC.,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-02-96-3)

————————

Submitted: January 30, 2003      Decided: February 4, 2003

————————

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Cynthia Lee Whitaker, Appellant Pro Se. Lynn Forgrieve Jacob, Aaron Scott Walters, WILLIAMS, MULLEN, CLARK & DOBBINS, Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cynthia Lee Whitaker appeals from the district court's order denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Whitaker v. Titmus Optical Inc., No. CA-02-96-3 (E.D. Va. Oct. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED